| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____     Chapter     **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **United Lawyers Service, Inc.** |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names |  |
|---|---|---|

| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-5458310** |
|---|---|---|

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **305 Broadway, Suite 518** **New York, NY 10017** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** | **Location of principal assets, if different from principal place of business** |
| County | **170 Old Country Road Mineola, NY 11501** |
| | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | **www.unitedlawyers.com** |
|---|---|---|

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **United Lawyers Service, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5411__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor    **United Lawyers Service, Inc.**                                        Case number (*if known*) _____
        Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

---

**        Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **United Lawyers Service, Inc.**                                    Case number (*if known*) _____
　　　　　Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | United Lawyers Service, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 27, 2022**
MM / DD / YYYY

X **/s/ Mark A. Plumer**                          **Mark A. Plumer**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

X **/s/ Richard J. McCord**                    Date    **October 27, 2022**
Signature of attorney for debtor                      MM / DD / YYYY

**Richard J. McCord 3290**
Printed name

**Certilman Balin Adler & Hyman, LLP.**
Firm name

**90 Merrick Avenue**
**East Meadow, NY 11554**
Number, Street, City, State & ZIP Code

Contact phone    **(516) 296-7000**        Email address    **rmccord@certilmanbalin.com**

**3290 NY**
Bar number and State

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **United Lawyers Service, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **299 Broadway LLC 575 8th Avenue Suite 2400 New York, NY 10018** | | **Landlord for Debtor's Business Premises located at 299 Broadway, Suite 300, New York, NY 10007** | | | | **$582,000.00** |
| **Chase Ink P.O. Box 15298 Wilmington, DE 19850** | | **Credit Card Debt** | | | | **$5,449.04** |
| **JPMorgan Chase Bank 200 Jericho Quadrangle Jericho, NY 11753** | | **Line of Credit** | | **$145,889.91** | **$0.00** | **$145,889.91** |
| **Mark Plumer 348 Pepperidge Road Hewlett, NY 11557** | | **Promissory Note** | | | | **$450,000.00** |
| **Quadient Leasing 478 Wheelers Farms Road Milford, CT 06461** | | | | | | **$1,476.30** |

299 BROADWAY LLC
575 8TH AVENUE
SUITE 2400
NEW YORK, NY 10018


CHASE BANK
P.O. BOX 6026
MAILCODE IL1-0054
CHICAGO, IL 60680


CHASE BANK
P.O. BOX 9001022
LOUISVILLE, KY 40290


CHASE INK
P.O. BOX 15298
WILMINGTON, DE 19850


GEORGE YOUNG
661 LAKEVIEW AVENUE
ROCKVILLE CENTRE, NY 11570


JPMORGAN CHASE BANK
200 JERICHO QUADRANGLE
JERICHO, NY 11753


MARK A. PLUMER
348 PEPPERIDGE ROAD
HEWLETT, NY 11557


MARK PLUMER
348 PEPPERIDGE ROAD
HEWLETT, NY 11557


OLMSTEAD PROPERTIES, INC.
575 EIGHTH AVENUE
SUITE 2400
NEW YORK, NY 10018


OLMSTEAD PROPERTIES, INC.
575 8TH AVENUE, SUITE 2400
NEW YORK, NY 10018

PLATTE, KLARSFELD, ET AL.
10 EAST 40TH STREET
46TH FLOOR
NEW YORK, NY 10016


QUADIENT LEASING
478 WHEELERS FARMS ROAD
MILFORD, CT 06461


READE BROADWAY ASSOCIATES
305 BROADWAY
SUITE 518
NEW YORK, NY 10007


STERN & SZPIGIEL, LLP.
170 OLD COUNTRY ROAD
SUITE 308
MINEOLA, NY 11501

# United States Bankruptcy Court
## Southern District of New York

In re  **United Lawyers Service, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **United Lawyers Service, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 27, 2022**

Date

**/s/ Richard J. McCord**

**Richard J. McCord 3290**

Signature of Attorney or Litigant

Counsel for   **United Lawyers Service, Inc.**

**Certilman Balin Adler & Hyman, LLP.**

**90 Merrick Avenue**
**East Meadow, NY 11554**
**(516) 296-7000 Fax:(516) 296-7801**
**rmccord@certilmanbalin.com**