UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

UNITED LAWYERS SERVICE INC.,

                            Debtor(s).

---------------------------------------------------------------x

Case No.: 22-11424 (MG)

Chapter 11
(Subchapter V)

## ORDER SCHEDULING HEARING TO CONSIDER CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION FOR SMALL BUSINESS UNDER SUBCHAPTER V OF CHAPTER 11

A Plan of Reorganization for Small Business Under Subchapter V of Chapter 11 having been filed on January 29, 2023 [ECF Doc. No. 37) (the "Plan") by United Lawyers Service Inc., the debtor and debtor in possession (the "Debtor") in the above-captioned small business case under subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and after due deliberation; it is hereby

**ORDERED**, that an audio and video conference of the hearing to consider confirmation of the Plan shall be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, on **May 16, 2023, at 10:00 a.m.** (the "Confirmation Hearing"). The Confirmation Hearing will take place virtually using both audio and video conference through Zoom for Government. PLEASE REFER TO THE PROCECURES ANNEXED AS **EXHIBIT A** FOR IMPORTANT INFORMATION CONCERNING THE CONFIRMATION HEARING; and it is further

**ORDERED**, that notice of the Confirmation Hearing shall be sufficient if a copy of this Order, the Ballot (hereinafter defined), and the proposed Plan, together with all exhibits thereto, are served by the Debtor by first class mail, postage pre-paid on or before Friday, April 14, 2023, on (i) the United States Trustee, (ii) the Subchapter V Trustee, (iii) all persons who filed requests

for notice with the Clerk of the Court, and (iv) all creditors listed by the Debtor in its bankruptcy schedules and/or who have filed proofs of claim with the Clerk of the Court; and it is further

**ORDERED**, that Debtor shall promptly file an affidavit of service of this Order, the Ballot and the proposed Plan; and it is further

**ORDERED**, that objections, if any, to confirmation of the Plan shall (i) be made in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, (iii) set forth the basis for the objection and the specific grounds therefor, (iv) be filed with the Court with a copy to the chambers of the Honorable Martin Glenn, together with proof of service thereof, and (v) be served by email upon counsel for the Debtor at rnosek@certilmanbalin.com, the United States Trustee at tara.tiantian@usdoj.gov, and the Subchapter V Trustee at jwee@jw-infinity.com, all so as to be received not later than **4:30 p.m. on May 9, 2023**; and it is further

**ORDERED**, that completed Ballots from holders of Allowed Secured Claims in Classes 1, 4 or 5 and Allowed Non-Priority Unsecured Claims in Class 6 (as defined in the Plan) must be submitted in form attached hereto as **EXHIBIT B** (the "Ballot"), either by regular mail, overnight delivery, personal delivery, or email, so as to be actually received no later than **4:30 p.m. on May 9, 2023** at: If by regular mail, overnight delivery or personal delivery: Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, NY 11554; Attn: Robert D. Nosek, Esq. If by e-mail: rnosek@certilmanbalin.com. Ballots sent by facsimile will not be accepted; and it is further

**ORDERED**, that the Debtor shall file a Ballot tabulation and certification of acceptances and rejections of the Plan with the Clerk of the court by no later than May 11, 2023.

**IT IS SO ORDERED.**

Dated: March 30, 2023
       New York, New York

                                                 **/s/ Martin Glenn**
                                                 MARTIN GLENN
                                     Chief United States Bankruptcy Judge

**<u>Exhibit A</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

UNITED LAWYERS SERVICE INC.,

                            Debtor(s).

------------------------------------------------------------x

Case No.: 22-11424 (MG)

Chapter 11

(Subchapter V)

## PROCEDURES FOR REMOTE HEARING TO BE HELD ON MAY 16, 2023 AT 10:00 A.M. IN CONNECTION WITH THE DEBTOR'S PLAN CONFIRMATION

1. <u>Audio and Videoconferencing Solutions</u>. The Zoom link shall be provided by the Court to all attorneys, parties in interest or members of the public who provide notice to the court in accordance with Section 2 below.

2. <u>Attendance at the Confirmation Hearing by Other Attorneys, Parties in Interest and the Public</u>. All attorneys, parties in interest, or members of the public who wish to hear or observe the Confirmation Hearing shall make an electronic appearance as directed by the Court. The Zoom link shall be circulated by the Court through Outlook to the parties that make an electronic appearance on or before May 15, 2023 by no later than 4:00 p.m. on that day. (Requests for a Zoom link should **not** be emailed to chambers unless an electronic appearance has already been made and an Outlook invitation has not been sent by the end of the day on May 15, 2023). To avoid multiple appearances at the Confirmation Hearing, parties will join with one device only. Parties that are speaking will join by video using the "Join ZoomGov Meeting" link in the Outlook invitation and their computer audio. Parties that are listening and not speaking may join with their cell phone only. If you are connecting by telephone, you must provide the Court with the telephone number that will be used to connect and the first and last names of each person who will connect.

3. <u>Courtroom Formalities</u>. Although being conducted using audio and videoconferencing solutions, the Confirmation Hearing constitutes a court proceeding, and any

recording other than the official court version is prohibited. The Clerk of the Court maintains an audio recording of all proceedings, which constitutes the official record. All participants and attendees of the Confirmation Hearing are prohibited from making any recording of Court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions. Anyone who wishes to be heard at the Confirmation Hearing must situate himself or herself in such a manner as to be able to view the video screen and be seen by the Court. For purposes of this Confirmation Hearing, the formalities of a courtroom must be observed, except that the Court will permit participating counsel or witnesses to be attired in business casual clothing.

4. <u>Checking in for Confirmation Hearing</u>. Because of the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Confirmation Hearing must connect to the Confirmation Hearing beginning at 9:30 a.m. on May 16, 2023. When signing into Zoom for Government, participants must type in the first and last name that will be used to identify them at the hearing. Participants that type in only their first name, a nickname or initials will not be admitted into the hearing. When seeking to connect for either audio or video participation in a Zoom for Government hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Confirmation Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) provided to the Court in accordance with Section 2 above. You may experience a delay in the Waiting Room before you are admitted to the Confirmation Hearing.

**<u>Exhibit B</u>**

(Based on: Official Form 314 (02/20))

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

UNITED LAWYERS SERVICE INC.,

                             Debtor(s).

------------------------------------------------------------x

Case No.: 22-11424 (MG)

Chapter 11

(Subchapter V)

# Class 3 Ballot for Accepting or Rejecting Plan of Reorganization

UNITED LAWYERS SERVICE INC (the "Debtor") filed a plan of reorganization dated January 29, 2023 (the "Plan") for the Debtor in this case. This is a case under Subchapter V of Chapter 11 of Title 11 of the United States Code.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

You may submit your ballot by first class mail, overnight delivery, personal delivery or e-mail and by no other method. If your ballot is not received by Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, NY 11554; Attn: Robert D. Nosek, Esq., or rnosek@certilmanbalin.com on or before **4:30 P.M., MAY 9, 2023**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

**Amount of Claim**

The undersigned hereby certifies that as of the execution of this Ballot, the undersigned was the holder of a Class ___[1] Claim against the Debtor in the following amount (insert amount in box below):

| Amount of Claim: $_____ |
|---|

---

[1] The schedule of the Classes of Claims is described in the Plan.

7995995.1

(Based on:  Official Form 314 (02/20)

**Vote on Plan**

The holder of the Claim set forth in Item 1 votes to (please check one):

| ACCEPT THE PLAN | REJECT THE PLAN |
|---|---|
| ☐ | ☐ |

Any ballot that is executed by the holder of a Claim, but that indicates both an acceptance and a rejection of the Plan, or does not indicate either an acceptance or rejection of the Plan, will not be counted.

Dated: _____

Claim Holder's Name     _____

Print or Type Signor's Name: _____

Signature:                                                                  _____

Title (if corporation or partnership):           _____

Address:            _____

_____

_____

---

**Return this ballot to:**

**Certilman Balin Adler & Hyman, LLP**
**90 Merrick Avenue, East Meadow, NY 11554**
**Attn: Robert D. Nosek, Esq.**

**rnosek@certilmanbalin.com**

**PLEASE COMPLETE, SIGN, AND DATE THE BALLOT AND RETURN IT PROMPTLY.  YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THE VOTING DEADLINE, WHICH IS 4:30 P.M., MAY 9, 2023.**

7995995.1