UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

UNITED LAWYERS SERVICE, INC.,

                          Debtor.
-----------------------------------------------------------x

Chapter 11

Case No.: 22-11424 (MG)
(Subchapter V)
**Related to ECF Doc. No. 46**

**BRIDGE ORDER PURSUANT TO 11 U.S.C. §365(d)(4) AND LOCAL BANKRUPTCY RULE 6006-1(b) EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY THROUGH THE EFFECTIVE DATE OF THE DEBTOR'S SECOND AMENDED PLAN OF REORGIZATION**

Upon the oral application made by counsel to United Lawyers Service, Inc. (the "Debtor"), the debtor and debtor in possession in the above-captioned case, during the hearing on May 16, 2023 (the "Hearing"), seeking to extend for a short period of time the Debtor's time to assume or reject its non-residential real property lease (the "Lease") for its premises located at 305 Broadway, Suite 518, New York, New York 10017 until the Effective Date[1] of the Debtor's Second Amended Plan of Reorganization, dated May 11, 2023 [ECF Doc. No. 46] (the "Plan") which was confirmed by the Court at the conclusion of the Hearing, subject to entry of an order of confirmation; and upon counsel to the Debtor representing to the Court during the Hearing that such bridge order was being requested because (i) the current deadline to assume or reject the Lease is May 28, 2023 (the "Current Deadline") based on 11 U.S.C. § 365(d)(4) in effect at the time Debtor filed its case on October 31, 2022; (ii) the Plan provides for the assumption of the Lease on the Effective Date; and (iii) the Effective Date provided for under the Plan is fourteen (14) days after entry of the order confirming the Plan, which would set the Effective Date of the Plan beyond the Current Deadline; and the Court having heard no objections to the Application during the Hearing; and the Court having determined in the interest of justice and for

---

[1] Capitalized terms not otherwise defined herein shall have the same definitions as assigned in the Plan.

cause that the entry of this bridge order is justified given the facts and circumstances of this case; it is hereby

**ORDERED**, that for the reasons set forth on the record of the Hearing, the Application be, and it hereby is, GRANTED to the extent set forth herein; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 365(d)(4)(B)(i), the Debtor's time period within which the Debtor must assume or reject the Lease be, and it hereby is, extended through and including the Effective Date of the Plan, provided, however, that the term of this Bridge Order shall not extend past August 26, 2023, which is ninety (90) days after the Current Deadline, absent the written consent of the Landlord in accordance with 11 U.S.C. § 365(d)(4)(B)(ii); and it is further

**ORDERED**, that the Debtor shall serve a copy of this Order within two (2) business days after entry by first-class mail, postage pre-paid on (i) the landlord for the Premises; (ii) Tara Tiantian, Esq., at the Office of the United States Trustee; (iii) Jolene Wee, the Subchapter V Trustee; and Klestadt Winters Jureller Southard & Stevens, LLP, counsel to 299 Broadway LLC, with proof of service promptly thereafter filed with the Court.

**IT IS SO ORDERED.**
Dated:  May 23, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　 **/s/ Martin Glenn**
　　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge